UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-08332-RZ | Date | 12/15/11 |
|---|---|---|---|
| Title | ROSA ALVIDREZ v. RECEIVABLE MANAGEMENT SOLUTIONS | | |

| Present: The Honorable | RALPH ZAREFSKY | |
|---|---|---|
| Ilene Bernal | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   (IN CHAMBERS) : ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

    According to the proof of service, the complaint was served on October 28, 2011. No answer has been filed nor request for entry of default presented to the Clerk. Plaintiff shall show cause in writing, no later than December 29, 2011, why this case should not be dismissed for lack of prosecution.

 

: 

Initials of Preparer     igb